UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
05-CV-3018(JMR/SRN)

| | | |
|---|---|---|
| Scott Andrew Kohser | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Connie Roehrich | ) | |

Petitioner objects, pursuant to Local Rule 72.2(b), to the Report and Recommendation, issued May 15, 2008, by the Honorable Susan R. Nelson, United States Magistrate Judge. The Magistrate recommended denying petitioner's application for habeas corpus relief under 28 U.S.C. § 2254.

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation [Docket No. 75]. Accordingly, IT IS ORDERED that:

1. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2254 [Docket No. 47] is denied.

2. This action is dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  July 7th, 2008

                                       s/ James M. Rosenbaum
                                       JAMES M. ROSENBAUM
                                       United States District Judge